UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 16-cv-02115-SI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Local Rule 72-1 and the consent of the parties (Docket Nos. 2, 9), this matter is referred for random assignment of a Magistrate Judge for all purposes including entry of judgment.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
SUSAN ILLSTON
United States District Judge